UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MARTIN, | No. 2:14-cv-1632 MCE CKD (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SAN JOAQUIN, | |
| Defendant. | |

On November 6, 2015, this matter came before the undersigned for hearing of plaintiff's motion to compel. Attorney Jill Telfer appeared on behalf of the plaintiff and attorneys Carolyn Frank and Sean De Burgh appeared on behalf of the defendants.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel (Dkt. No. 26) is granted; and

2. Defendants shall produce responses to the discovery at issue within seven days of the date of the hearing.[1]

Dated: November 6, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

6 martin1632.oah.110615

---

[1] If defendants cannot produce all documents within one week the parties shall meet and confer and avail themselves of the court's informal discovery dispute resolution process.